ABRAHAM COHEN, Respondent, v. WILLIAM E. WIENER, INC., Appellant, and Others, Defendants.— Judgment and order reversed and new trial

granted, costs to abide the event, upon the ground that the agent solely did the acts imputed to the principal, and the exculpation of or admission [omission] to find the agent culpable exonerates the principal or fails to connect him with the alleged tort. (*Pangburn* v. *Buick Motor Co.*, 211 N. Y. 228.) Jenks, P. J., Thomas, Stapleton, Putnam and Blackmar, JJ., concurred.